RECEIVED

SEP - 6 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**ROBERT SIMS**

VS

**WARDEN, ALLEN CORRECTIONAL CENTER**

CIVIL NO. 3:05V0627
JUDGE JAMES
MAG. JUDGE KIRK

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas action, and, considering the record in this case, the requirements of 28 U.S.C. §2253, and the Supreme Court's decision in *Slack v. McDaniel,* 529 U. S. 473, 478 (2000), the court hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to show that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.

MONROE, LOUISIANA, this __3__ day of __September__, 2005

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE